IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:17CR00028-001 LJO |
|---|---|
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| DOROTHY KEYS | |
| Defendant. | |

The above named defendant having been sentenced on October 16, 2017,

IT IS HEREBY ORDERED that the defendant shall be released at 12:00pm on Monday, October 30, 2017, to a United States Probation Officer or representative of Turning Point, Residential Reentry Center. A Judgment and Commitment was filed on October 18, 2017.

IT IS SO ORDERED.

Dated: **October 30, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE